UNITED STATES DISTRICT COURT:
NORTHERN NEW YORK

---

RAMON FABIAN,

      Plaintiff,

- against -

MICHAEL BUKOWSKI and
ANTHONY J. ANNUCCI,

      Defendant.

STIPULATION OF
DISCONTINUANCE

CIV NO.: 9:16-CV-878

(Hon. Lawrence E. Kahn)

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for Plaintiff RAMON FABIAN and for the defendant ANTHONY J. ANNUCCI, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, discontinued with prejudice against defendant ANTHONY J. ANUCCI, without costs to either party as against the other. The stipulation may be filed without further notice with the Clerk of the Court.

DATED: New York, New York
    June ___, 2017

            DESIMONE & ASSOCIATES
            Attorney for the Plaintiff

            Ralph DeSimone, Esq.
            *Attorney for the Claimant*
            One World Trade Center, Suite 8500
            New York, New York 10007
            Telephone: (212) 220-6555

DATED: Albany, New York
June 1, 2017

ERIC T. SCHNEIDERMAN
Attorney General for the State of New York
Attorney for the Defendant

*Paul F. Cagino*
Paul F. Cagino
*Assistant Attorney General*
New York State Office of the Attorney General
The Capitol
Albany, New York 12224
Tel. (518) 776-2254

SO ORDERED:

June 20, 2017
Albany, New York

Lawrence E. Kahn
U.S. District Judge