UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
RAMON FABIAN

               Plaintiff,                         **CERTIFICATE OF SERVICE**

vs.

**Civil Action No.:**
MICHAEL BUKOWSKI et al.                   **9:16cv878(LEK)(DEP)**

               Defendant(s).
-----------------------------------------------------------------x

Ralph DeSimone, an attorney duly admitted to this court, certifies that I electronically filed the following documents listed on Docket No. 40 on October 12, 2017, with the Clerk of the District Court using the CM/ECF system and sent via first class mail to the following:

Michael Bukowski
249 Laurel Ln.
Clark, NJ 07066

Dated: New York, New York
         October 12, 2017

                                                  Ralph DeSimone

                                                  DeSimone & Associates, LLC
                                                  One World Trade Center, Ste. 8500
                                                  New York, New York 10007
                                                  212-220-6555
                                                  Email: rdesimone@dlaw.net